[No. 10072-3-III. Division Three. June 21, 1990.]

MARK E. ROBERG, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 87-2-01172-8, Duane E. Taber, J., entered

May 17, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Cole, J. Pro Tem.